**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES of America; All 50 States; 5 Districts; Federal Communications Commission; Internal Revenue Service; All TV and Radio Broadcasters; Judicial Branch of Federal Government; Legislative Branch of Federal Government; Executive Branch of Federal Government; Bureau of Prisons; United States Secret Service; Federal Bureau of Investigation; Federal Election Commission; All County, Parishes, Cities, Town, Citizens and Individuals Within Jurisdiction of USA, Defendants–Appellees.**

No. 01–7093.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2001.

Decided Nov. 15, 2001.

Keith Russell Judd, pro se.

Before NIEMEYER, MOTZ, and MICHAEL, Circuit Judges.

PER CURIAM.

Keith Russell Judd seeks to appeal the district court's order denying his application for a certificate of appealability under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the judgment of the district court. *See Judd v. United States,* No. CA–00–213 (S.D.W.Va. May 24, 2001). We also deny Judd's "Emergency Motion for En Banc Rehearing of September 6, 2001 Order," which we construe as a motion for reconsideration of that order under Federal Rule of Appellate Procedure 27(b). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*